FILED
2009 MAY 18 P 4:04
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT J. WEICHEY, JR. and | : | Case No. 08-26098-TPA |
| DEBRA L. SHAY-WEICHEY, | : | Chapter 13 |
| *Debtors* | : | |
| ROBERT J. WEICHEY, JR. and | : | |
| DEBRA L. SHAY-WEICHEY, | : | |
| *Plaintiffs,* | : | |
| | : | Adversary No. 08-2480-TPA |
| v. | : | |
| NEXTIER BANK, N.A., and | : | |
| RONDA J. WINNECOUR, | : | |
| Chapter 13 Trustee, | : | |
| *Defendants.* | : | |

## ORDER

*AND NOW*, this **18th** day of **May, 2009**, after trial on the issue of valuation arising from the Debtors, Robert J. Weichey, Jr., and Debra L. Shay-Weichey's, **Complaint to Determine Secured Status** filed at Document No. 1, for the reasons more fully stated in the foregoing **Memorandum Opinion** which include the Court's findings of fact and conclusions of law, all of which are incorporated herein pursuant to *Fed.R. Bankr.P. 7052 and 9021*, it is hereby **ORDERED, ADJUDGED and DECREED** that the value of the Debtors' residence known as 141 Rimp Road, Summit Township, Butler County, Pa. is determined to be $155,000.

It is **FURTHER ORDERED** that the $155,000 value of 141 Rimp Road, Summit Township, Butler County, Pa. is an amount less than the stipulated $186,182.62 payoff amount of the record, first mortgage against said property in favor of U.S. Bank, N.A., as of the date of the

filing of the within bankruptcy.  As such, Defendant NexTier Bank, N.A.'s second mortgage claim against Debtors' real property located at  141 Rimp Road, Summit Township, Butler County, Pa. is entirely unsecured and therefore no longer a lien against said property   *McDonald v. Master Financial, Inc.*, 205 F.3d 606 (3d Cir. 2000).

_____
Thomas P. Agresti
United States Bankruptcy Judge

Court Administrator to serve:
    Ronda J. Winnecour, Chapter 13 Trustee
    Debtors
    Dai Rosenblum, Esq.
    Jodi L. Hause, Esq